THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.,
 Ashley Olivia
 Chapman, Appellant.
 
 
 

Appeal from York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No.  2009-UP-155
Submitted March 2, 2009  Filed March 30,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Ashley Olivia Chapman appeals her
 probation revocation, arguing the probation court erred in revoking her
 probation in full because the Department of Probation, Parole and Pardon
 Services delayed service of her probation violation arrest warrant for eight
 months.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]  
APPEAL
 DISMISSED.
HEARN, C.J.,
 PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.